IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL M. WILSON, #260779** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:20-cv-8-TFM-B |
| | ) |
| **WHITNEY MAHALOVICH,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii) because it is frivolous, fails to state a claim upon which relief may be granted, and seeks monetary relief against a defendant who is immune from such relief.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 9th day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE